HARTMANN BROS. MANUFACTURING COMPANY, Appellant, *v.* NEW YORK INTERURBAN WATER COMPANY, Respondent, Impleaded with Others.

*Hartmann Bros. Manfg. Co.* v. *N. Y. Interurban Water Co.*, 140 App. Div. 893, affirmed.

(Argued January 30, 1913; decided February 25, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 24, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover damages alleged to have been occasioned plaintiff through defendant respondent's failure to comply with its contract to furnish water to the city of Mount Vernon.

*Edwin C. Colwell* and *Alpheus H. Favour* for appellant.

*Arthur E. Walradt, Charles P. Blaney* and *Edwin J. Tetlow* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, CHASE, COLLIN, CUDDEBACK and MILLER, JJ.